IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:07-CR-356-TWT |
| PABLO SERGIO ORTEGA-ESTRADA also known as Chuy also known as Adan, et al., | |
| Defendants. | |

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 221] of the Magistrate Judge recommending denying the Motion to Suppress of the Defendants Pablo Sergio Ortega-Estrada, Guillermo Torres-Rangel, Jorge Humberto Guzman-Zepeda, Arturo Hernandez-Martinez, and Jose Roberto Garcia-Limones. The Defendants have offered no authority in support of the argument that the Government was required to demonstrate the "credentials" of its contract interpreters. For the reasons stated in the Report and Recommendation, there was probable cause to initiate electronic surveillance of the targeted telephones. The Defendants' other objections are without merit. The Court approves and adopts

the Report and Recommendation as the judgment of the Court. The Defendants' Motions to Suppress are DENIED.

SO ORDERED, this 22 day of October, 2008.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge